CONSUMER LITIGATION LAW CENTER, APC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOSCO WAI-CHOY CHIU, an individual,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a National Association; NBS DEFAULT SERVICES, LLC, a Texas Limited Liability Company; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO: 3:14-CV-05261-EDL<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE NBS DEFAULT SERVICES, LLC'S JOINDER TO WELLS FARGO BANK, N.A.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AS MODIFIED** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Upon consideration of the stipulation requesting an order shortening time to hear Plaintiff BOSCO WAI CHOY CHIU's ("Plaintiff") Motion to Strike NBS DEFAULT SERVICES, LLC's ("NBS Default") Joinder in Wells Fargo Bank, N.A's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint ("Joinder to Wells' Motion to Dismiss"), the stipulated request is hereby GRANTED.

This Court hereby orders that Plaintiff's Motion to Dismiss NBS Default's Joinder to Wells' Motion to Dismiss shall be set for hearing at 9:00 a.m. on March 3, 2015 at the United States District Court, Northern District of California, San Francisco Courthouse, Courtroom E – 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 and vacates the hearing on Plaintiff's Motion to Dismiss NBS Default's Joinder to Wells' Motion to Dismiss currently set for March 24, 2015 at 9:00 a.m.

It is further ordered that NBS Default shall file any Opposition to Plaintiff's Motion to strike on or before February 23, 2015 at noon and Plaintiff shall file any Reply in support of the Motion to strike on or before February 26, 2015 at noon.

**IT IS SO ORDERED.**

Date: February 17, 2015

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE